# DECISIONS OF APPELLATE COURT ORDERED PUBLISHED IN ABSTRACT FORM.

## FIRST DISTRICT.

W. A. Thomson, appellee, v. Alexander W. Thomson et al., trading as Thomson & McKinnon, appellants. Gen. No. 27,753.
Suit for moneys claimed on account of a purchase of corn through agents who were members of the Chicago board of trade, question involved being liability of a stranger for loss due to observance by members of the board of trade of a price resolution adopted by the board of directors as a war measure. Judgment for plaintiff. See 220 Ill. App. 486. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.
Winston, Strawn & Shaw and Henry S. Robbins, for appellants. Keith L. Bullitt and King, Brower & Hurlbut, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

James McGetrick, appellee, v. David J. O'Connor et al., trading as O'Connor, Burke & McDonnell, appellants. Gen. No. 27,779.
Suit to recover money deposited as earnest money, and to rescind contract to purchase real estate on ground of misrepresentation. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed February 19, 1923. Rehearing denied March 1, 1923.
Madden & Cunningham, for appellants. Edward J. Kelley, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Paul Fineman, appellee, v. Harry Goldberg et al., appellants. Gen. No. 27,791.
Complaint for breach of partnership agreement and for an accounting. Judgment for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed February 19, 1923.
Morris N. Friedland, for appellants. James B. Cashin, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.